IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUBEN GARCIA,

    Plaintiff,

v.    No. 15-cv-0721 RB/SMV

GERMAN FRANCO
and JESSICA HERRERA,

    Defendants.

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2], filed on August 17, 2015.   Plaintiff asks that he be allowed to proceed in his civil rights action without prepayment of fees.   The Court determines that Plaintiff's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is missing the required **certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing.**  *See* 28 U.S.C. § 1915(a)(2).   Failure to cure the designated deficiency within **30 days** from entry of this Order may result in dismissal of this action without further notice.   Plaintiff must include the civil action number (15-cv-0721 RB/SMV) of this case on all papers that he files in this proceeding.

    **IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above within **30 days** from the date of this Order.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**